**Opinion issued November 21, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00427-CV

————————————

**THEAOLA ROBINSON AND BENJI'S SPECIAL EDUCATION ACADEMY, Appellants**

**V.**

**AMEGY BANK, N.A., Appellee**

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-71297**

## MEMORANDUM OPINION

Appellants, Theaola Robinson and Benji's Special Education Academy, have neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1, 37.3(b). After being

notified that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 42.3(b).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.